UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD FORD SR., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JEFF LIBERMAN, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 13-341-DDP (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections to the Report. The Court accepts the findings and conclusions of the magistrate judge.

DATED: <u>July 12, 2013</u>

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\13-341 Order accep r&r.wpd