UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE EDWARD FORD SR., et al., | Case No. CV 13-341-DDP (PJW) |
| Plaintiffs, | JUDGMENT |
| v. | |
| JEFF LIBERMAN, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing the Complaint,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 12, 2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\13-341 Judgment.wpd